703 N.W.2d 243 (2005)
Douglas MADDIX
v.
PRIME PROPERTY ASSOCIATES INC.
Docket No. 251223.
Court of Appeals of Michigan.
July 27, 2005.
Before: GAGE, P.J., MARK J. CAVANAGH and RICHARD ALLEN GRIFFIN, JJ.
The Court orders that appellee's motion for reconsideration is GRANTED, and this Court's opinion issued June 23, 2005 is hereby VACATED. A new opinion will be issued.
Judge RICHARD ALLEN GRIFFIN not participating.
/s/ Hilda R. Gage
HILDA R. GAGE
Presiding Judge